IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18-CR-137 |
| vs. | FINAL ORDER OF FORFEITURE |
| MAYRA GUADALUPE NUNEZ, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 100). On April 3, 2019, the Court entered a Preliminary Order of Forfeiture (filing 95) pursuant to 21 U.S.C. § 853, based upon the defendant's plea of guilty to conspiracy to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 841 and 846, and her admission of the forfeiture allegation contained in the indictment. *See* filing 93 at 15, 20. By way of the preliminary order of forfeiture, the defendant's interest in $11,660 in United States currency was forfeited to the plaintiff. Filing 95.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on April 4, 2019, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 99) was filed on June 3, 2019. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 100) is granted.

2. All right, title, and interest in and to the $11,660 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 20th day of June, 2019.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge